IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARDELL REDMAN JR., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>COOK COUNTY )<br>)<br>)<br>Defendant. ) | No. 09 C 463<br><br>JUDGE GETTLEMAN<br><br>MAGISTRATE VALDEZ |

## STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT

Plaintiff Wardell Redman Jr., and Defendant Cook County hereby submit this Stipulation to dismiss this case with prejudice, pursuant to Fed. R. Civ. P. 41 (a).

WHEREAS, the parties have entered into Settlement Agreement regarding a grievance filed against Defendant;

WHEREAS, all matters in controversy for which said action was brought, having been fully settled; and

WHEREAS, the Settlement Agreement provides among other things that Wardell Redman agrees to voluntarily withdraw and dismiss with prejudice, Civil Action 09 C 463 currently pending in Federal Court, and that Mr. Redman will stipulate to the dismissal;

IT IS HEREBY STIPULATED by and between the parties hereto that this action shall be dismissed in its entirety, with prejudice.

Dated: December 10, 2009

Cook County State's Attorney's Office

By: *Gillian D. Marshall* (signature)

Gillian D. Marshall, A.S.A.
Attorney for Cook County

*Wardell Redman* (signature)

Wardell Redman, Jr.
Plaintiff, *pro se*